UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BCD COMPANY, REICHERT FAMILY PARTNERSHIP & DON AND BETTIE REICHERT, *Plaintiffs* | § § § § § | |
| v. | § § | C.A. NO.: _____ |
| COVINGTON SPECIALTY INSURANCE COMPANY *Defendant* | § § § | |

**APPENDIX TO NOTICE OF REMOVAL BY**
**COVINGTON SPECIALTY INSURANCE COMPANY**

**DESCRIPTION**                                                                        **PAGE NO.**

1. Civil Cover Sheet .................................................................................. 1-2
2. Supplemental Civil Cover Sheet .................................................................. 3-5
3. Index of Documents Being Filed .................................................................. 6
4. State Court Docket Sheet ......................................................................... 7-10
5. All Executed Process ............................................................................. 11-14
6. Pleadings Asserting Causes of Action ........................................................... 15-31
7. All Orders Signed by State Judge ................................................................. 32
8. Certificate of Interested Persons ............................................................... 33-35

1