UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BCD COMPANY, REICHERT FAMILY PARTNERSHIP & DON AND BETTIE REICHERT, *Plaintiffs* | § § § § § § | |
| v. | § § | C.A. NO.: _____ |
| COVINGTON SPECIALTY INSURANCE COMPANY *Defendant* | § § § § | |

## **INDEX OF MATTERS BEING FILED**

1.     Civil Cover Sheet.

2.     Supplemental Civil Cover Sheet.

3.     Index of Matters Being Filed.

4.     State Court Docket Sheet.

5.     All Executed Process.

6.     Pleadings Asserting Causes of Action.

7.     All Orders Signed by State Judge.

8.     Certificate of Interested Person