## Case Information

DC-21-03826 | BCD COMPANY, et al vs. COVINGTON SPECIALTY INSURANCE COMPANY

| | | |
|---|---|---|
| Case Number<br>DC-21-03826 | Court<br>14th District Court | Judicial Officer<br>MOYE', ERIC |
| File Date<br>03/25/2021 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

## Party

**PLAINTIFF**
BCD COMPANY

Active Attorneys ▼
Lead Attorney
WILSON, CHAD T.
Retained

---

**PLAINTIFF**
REICHERT FAMILY PARTNERSHIP & DON AND BETTIE REICHERT

Address
455 E NEDUCAK CEBTER BLVD., STE 555
WEBSTER TX 77598

Active Attorneys ▼
Lead Attorney
WILSON, CHAD T.
Retained

---

**DEFENDANT**
COVINGTON SPECIALTY INSURANCE COMPANY

Address
SERVE THROUGH TEXAS SECRETARY OF STATE, CARLOS H. CASCOS
PO BOX 12079
AUSTIN TX 78711-2079

Active Attorneys ▼
Lead Attorney
RABORN, JOHN M
Retained

7

## Events and Hearings

03/25/2021 NEW CASE FILED (OCA) - CIVIL

03/25/2021 ORIGINAL PETITION

03/25/2021 JURY DEMAND ▾

JURY DEMAND

03/25/2021 ISSUE CITATION ▾

CITATION- COVINGTON SPECIALTY INSURANCE COMPANY

04/01/2021 CITATION▾

Served
04/06/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
04/20/2021
Comment
COVINGTON SPECIALTY INSURANCE COMPANY

04/20/2021 RETURN OF SERVICE ▾

EXECUTED CITATION:COVINGTON SPECIALTY INSURANCE COMPANY

   Comment
   EXECUTED CITATION:COVINGTON SPECIALTY INSURANCE COMPANY

05/03/2021 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIG ANS - COVINGTON SPECIALTY INSURANCE COMPANY

05/04/2021 RETURN OF SERVICE ▾

SECY/STATE - COVINGTON SPECIALTY COMPANY

   Comment
   SECY/STATE - COVINGTON SPECIALTY COMPANY

8

05/12/2021 NOTICE OF TRIAL ▼

Comment
AND LVL 1 S/O MAILED

05/12/2021 TRIAL SETTING (JURY)

05/12/2021 SCHEDULING ORDER ▼

Comment
LEVEL 1

01/25/2022 Jury Trial - Civil ▼

Judicial Officer
MOYE', ERIC

Hearing Time
9:30 AM

## Financial

BCD COMPANY
  Total Financial Assessment                                    $340.00
  Total Payments and Credits                                    $340.00

| | | | | |
|---|---|---|---|---|
| 3/29/2021 | Transaction Assessment | | | $340.00 |
| 3/29/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 18567-2021-DCLK | BCD COMPANY | ($340.00) |

## Documents

JURY DEMAND

CITATION- COVINGTON SPECIALTY INSURANCE COMPANY

EXECUTED CITATION:COVINGTON SPECIALTY INSURANCE COMPANY

ORIG ANS - COVINGTON SPECIALTY INSURANCE COMPANY

SECY/STATE - COVINGTON SPECIALTY COMPANY