FILED
4/20/2021 3:57 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Deondria Grant DEPUTY

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:  COVINGTON SPECIALTY INSURANCE COMPANY
     SERVE THROUGH TEXAS SECRETARY OF STATE CARLOS H CASCOS
     PO BOX 12079
     AUSTIN TX  78711-2079

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **BCD COMPANY, REICHERT FAMILY PARTNERSHIP & DON AND BETTIE REICHERT**

Filed in said Court **25th day of March, 2021** against

**COVINGTON SPECIALTY INSURANCE COMPANY**

For Suit, said suit being numbered **DC-21-03826**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 1st day of April, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By_____Courtney Rutledge_____, Deputy
   COURTNEY RUTLEDGE

**ESERVE**

**CITATION**

**DC-21-03826**

**BCD COMPANY, et al
vs.
COVINGTON SPECIALTY INSURANCE COMPANY**

ISSUED THIS
1st day of April, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  COURTNEY RUTLEDGE, Deputy

**Attorney for Plaintiff
CHAD T. WILSON**
CHAD T WILSON LAW FIRM PLLC
455 EAST MEDICAL CENTER BLVD
STE 555
WEBSTER TX  77598
832-415-1432
ESERVICE@CWILSONLAW.COM

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

11

## OFFICER'S RETURN

Case No. : DC-21-03826

Court No.14th District Court

Style: BCD COMPANY, et al

vs.

COVINGTON SPECIALTY INSURANCE COMPANY

Came to hand on the __1st__ day of __April__, 20__21__, at __12__ o'clock __P__.M. Executed at __Austin, TX 78714-2079__ __P.O. Box 12079__ within the County of __Travis__ at __6:20__ o'clock __A__.M. on the __06__ day of __April__ 20__21__, by delivering to the within named __Covington Specialty Insurance Company by serving Texas Secretary of State by CMRRR(7020-2450-0001-2416-1661)__ each ~~in person~~, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation   $ 75
For mileage            $ 0
For Notary             $ 0

By __Heath Bork__ PSC #8153 Deputy
Exp 2/28/22

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said __Heather Bork__ before me this __19__ day of __April__, 20 __21__, to certify which witness my hand and seal of office.

__Jacqueline Rendon__
Notary Public   __Dallas__ County __TX__

ACQUELINERENDONCERVANTEZ
Notary Public, State of Texas
Comm. Expires 08-13-2024
Notary ID 132623008

12

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Covington Specialty Ins Co

   **TEXAS SECRETARY OF STATE
   CITATIONS UNIT
   P.O. BOX 12079
   AUSTIN, TEXAS 78711-2079**

   9590 9402 6410 0303 1822 22

2. Article Number (Transfer from service label)

   7020 2450 0001 2416 1661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   TX Comptroller Mail

   APR 06 2021

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

13

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 52651745
Status as of 4/21/2021 3:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| CHAD WILSON | | ESERVICE@CWILSONLAW.COM | 4/20/2021 3:57:05 PM | SENT |